# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PHILIP AMARA, on Behalf of Himself
and All Others Similarly Situated,

Plaintiff,

vs.

Publix Super Markets, Inc.,

Defendant.

Case No.   8:22-cv-00367-VMC-JSS

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

\_\_X\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:  February 16, 2022

<u>   s/William Wright            </u>                    <u>                                             </u>

Plaintiff(s) Counsel of Record          Defendant(s) [Counsel of Record